DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Woods<br><br>Case below:<br>Forsyth County<br>Superior Court | No. 228A95-2 | Def's PWC to Review the Order of the Superior Court | Allowed for special purpose of remand to trial court for hearing on IAC. All other issues denied |
| Suttles v. Southeastern Health Facil.<br>Case below:<br>157 N.C. App. 143 | No. 221P03 | 1. Plt's PWC to Review the Decision of the COA (COA02-940)<br><br>2. Plt's Motion to Supplement PWC to Review the Decision of the COA | 1. Denied<br><br>2. Allowed |
| Taylor v. K-Mart Corp.<br>Case below:<br>154 N.C. App. 522 | No. 640P02-2 | Plt's PWC to Review the Decision of the COA (COA02-329) | Denied |
| Teague v. Isenhower<br><br>Case below:<br>157 N.C. App. 333 | No. 259P03 | Plt's PDR Under N.C.G.S. § 7A-31 (COA02-788) | Denied |
| Telley v. McClinton<br><br>Case below:<br>157 N.C. App. 718 | No. 284A03 | Def's NOA Based Upon a Constitutional Question (COA02-1074) | Dismissed ex mero motu |
| Wilson v. Ventriglia<br><br>Case below:<br>156 N.C. App. 700 | No. 200P03 | Def's PDR Under N.C.G.S. § 7A-31 (COA02-216) | Denied |
| Woodburn v. N.C. State Univ.<br><br>Case below:<br>156 N.C. App. 549 | No. 215P03 | Plt's PDR Under N.C.G.S. § 7A-31 (COA02-262) | Denied<br>**08/13/03** |

## PETITIONS TO REHEAR

| | | | |
|---|---|---|---|
| Gilbert v. N.C. Farm Bureau Mut. Ins. Cos.<br><br>Case below:<br>357 N.C. 244 | No. 059A03 | Plt's Petition for Rehearing | Denied |
| Stephenson v. Bartlett<br><br>Case below:<br>357 N.C. 301 | No. 094PA02-2 | Defs' Petition for Rehearing | Denied<br><br>**Orr, J. and Martin, J., recused** |